IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REGINALD THOMPSON,**

    **Plaintiff,**

**v.**                                                                **Case No. 4:22-cv-247-AW-MAF**

**SIXTH JUDICIAL CIRCUIT OF
FLORIDA,**

    **Defendant.**

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

Having considered the magistrate judge's December 19, 2022 report and recommendation, to which there has been no objection, and having carefully considered the matter, I now adopt the report and recommendation (ECF No. 13) and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim." The clerk will then close the file.

SO ORDERED on January 23, 2023.

                                                               s/ *Allen Winsor*
                                                               United States District Judge